**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alfredo PERALES–MARTINEZ,**
**Defendant–Appellant.**

No. 04–41412.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 27, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Alfredo Perales–Martinez, Big Spring, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alfredo Perales–Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perales–Martinez has not responded to counsel's motion and brief. Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

ther responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.